**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF CAROLYN MICKENS, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 18-cv-0928 (KBJ) ) |
| US BANK, NATIONAL ASSOCIATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## MEMORANDUM OPINION

On May 22, 2018, defendant BWW Law Group, LLC filed a motion to dismiss Plaintiffs' complaint. (ECF No. 5.) This Court's Local Civil Rules provide that "[w]ithin 14 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to [a] motion [or] the Court may treat the motion as conceded." LCvR 7(b). To date, Plaintiffs have neither filed an opposition to the motion nor requested more time to do so. Therefore, the Court will **GRANT** the motion to dismiss as conceded and will **DISMISS** without prejudice Plaintiffs' claims against BWW Law Group.

A separate Order accompanies this Memorandum Opinion.

DATE: June 18, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge